1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 LIONS GATE ENTERTAINMENT, INC., | ) ) | CASE NO. CV07-7567-AHM (SHx) |
| 12 | ) | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| 13 Plaintiff(s), | ) ) | |
| 14 v. | ) ) | |
| 15 SMART MARKETING, INC., et al., | ) ) | |
| 16 Defendant(s). | ) ) | |
| 17 _____ | ) | |

18   The Court having been advised by the parties that the above-entitled action
19 has been settled;
20   IT IS THEREFORE ORDERED that this action is dismissed without
21 prejudice to the right, upon good cause shown within 30 days, to reopen this
22 action if settlement is not consummated.
23
24   IT IS SO ORDERED.
25 Date: March 18, 2008                    _____
                                          A. Howard Matz
26 **Make JS-6**                           United States District Court Judge
27
28